# EXHIBIT C

*Agreement #: AGTI-26951 Amendment Two*

# AMENDMENT TWO TO THE
# MASTER SERVICES AGREEMENT

This is Amendment Two to the Master Services Agreement between Steward Health Care System, LLC ("Customer") and Agiliti Health, Inc. ("Agiliti") originally effective January 19, 2023 ("Agreement").

This Amendment Two is effective as of the last signature date below ("Amendment Two Effective Date").  Capitalized terms used in this Amendment have the same meaning ascribed to them in the Agreement, unless otherwise indicated.

1. **Purpose.**  The purpose of this Amendment is to incorporate the Implementation Exhibit.

2. **Implementation Exhibit.** The attached Implementation Exhibit is hereby incorporated into the Agreement.

All other terms and conditions of the Agreement remain unchanged.  To the extent that there is any conflict between this Amendment and the Agreement, this Amendment will control.

ACCEPTED AND AGREED TO:

| **Steward Health Care System, LLC** | **Agiliti Health, Inc.** |
|---|---|
| 1900 North Pearl Street | 11095 Viking Drive, Suite 300 |
| Dallas, Texas 75201 | Eden Prairie, Minnesota 55344 |
| Signature: *Michael Prokopis* | Signature: Matthew McCabe, SVP Finance & Treasurer, 952.893.3200 (Digitally signed by Matthew McCabe, SVP Finance & Treasurer, 952.893.3200 Date: 2023.05.03 12:23:50 -05'00') |
| (print name): Michael Prokopis | (print name): Matthew McCabe, SVP Finance & Treasurer, 952.893.3200 |
| Title: SVP, Supply Chain | Title: |
| Date: 2/7/2023 | Date: |

DocuSign Envelope ID: 0E4D4DCD-368B-46D3-B82D-C4972972AC29

*Agreement #: AGTI-26951 Amendment Two*



## Implementation Schedule Exhibit

The Parties will hold a project launch meeting (the "Project Launch") on the following date:

**February 2, 2023**

Attendees to the Project Launch will include Agiliti, Cheryl Anderson, Director of Value Analysis (Customer Project Sponsor), and Sarah Sharpe, Operations Director (Customer Project Sponsor).

The Project Launch will be held in person or via video conference (such as Zoom or Microsoft Teams). During the Project Launch, the parties will review the key milestones to implementation such as resource finalization, resource deployment and program launch and set target dates for such milestones.

Following the Project Launch, Customer Project Sponsor will continue to provide Agiliti with ongoing support as necessary and requested by Agiliti to ensure implementation as agreed upon. Additionally, Agiliti and Customer Project Sponsor will hold a Project Launch business review 30-days post Project Launch to review the status of implementation.

The parties anticipate that Services under this Agreement will commence pursuant to the implementation schedule(s) outlined below ("Implementation Schedule"):

**Implementation Schedule By Facility / Department:**

| Facility / Department Name | Facility / Department Contact Name & Email | Target Implementation Timeframe* |
|---|---|---|
| All Steward Facilities | | 5/1/2023 or before. |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |

*The parties will use commercially reasonable efforts to meet the Target Implementation Timeframe for each Facility listed above. Failure to meet the Target Implementation Timeframe will not be considered a breach of the Agreement, and the parties may mutually agree to update Target Implementation Timeframe as necessary.