IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | |
|---|---|
| AGILITI HEALTH, INC., | § |
| | § |
| Plaintiff, | § |
| | § |
| vs. | § Case No. 3:24-CV-00065-K |
| | § |
| STEWARD HEALTH CARE SYSTEM, LLC, | § |
| | § |
| Defendants. | § |

**DEFENDANT STEWARD HEALTH CARE SYSTEM LLC'S DISCLOSURE STATEMENT AND CERTIFICATE OF INTERESTED PERSONS**

Defendant Steward Health Care System LLC ("Steward") files this Disclosure Statement and Certificate of Interested Persons and identifies the following entity and states as follows:

1. Steward Health Care System LLC. No publicly held corporation owns 10% of more of Steward Health Care System LLC.

*/s/ Thomas G. Yoxall*
**Thomas G. Yoxall**
 State Bar No. 00785304
 tyoxall@lockelord.com
**Nicholas S. Graber**
 State Bar No. 24122918
 nick.graber@lockelord.com
LOCKE LORD LLP
2200 Ross Avenue, Suite 2800
Dallas, Texas 75201-6776
(214) 740-8000 – Telephone
(214) 740-8800 – Facsimile

**COUNSEL FOR DEFENDANT STEWARD HEALTH CARE SYSTEM LLC**

## **CERTIFICATE OF SERVICE**

    I certify that on February 13, 2024, I caused this document to be filed with the Court's electronic filing system and set for service on counsel of record.

                                      */s/ Thomas G. Yoxall*