**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION**

| | | |
|---|---|---|
| AGILITI HEALTH, INC., | § | |
| *Plaintiff*, | § | Case No.: 3:24-cv-00065-K |
| v. | § | |
| STEWARD HEALTH CARE SYSTEM LLC, | § | |
| *Defendant*. | § | |

**JOINT MOTION TO EXTEND JURISDICTIONAL BRIEFING DEADLINE AND SET
DEADLINE FOR DEFENDANT TO PROVIDE MEMBERSHIP INFORMATION**

On February 14, 2024, the Court entered an order requiring plaintiff Agiliti Health, Inc. ("Agiliti") to identify the citizenship of each member of defendant Steward Health Care System LLC ("Steward") through every organizational layer. Dkt. No. 22. Agiliti was directed to file its jurisdictional brief by March 8, 2024, and Steward was directed to assist Agiliti in doing so. *Id.*

The parties are engaged in settlement discussions that contemplate the dismissal of this case in early April. As such, the parties jointly respectfully request the entry of an Order, substantially in the form of the attached proposed order, extending Agiliti's time to file its jurisdictional brief to April 19, 2024, and requiring Steward to inform Agiliti in writing of the names and states of citizenship of each of its members through every organizational lawyer by April 12, 2024.[1] The parties do not seek these extensions for purposes of delay but rather to minimize the resources used and to allow them to focus on settlement.

It is respectfully submitted that, in light of the parties' settlement discussions, good cause

---

[1] The Court previously ordered Steward to file an amended certificate of interested persons/disclosure statement "within 7 days" of Agiliti's jurisdictional briefing. Steward's amended certificate would therefore be due by April 26 if the Court grants this Joint Motion.

exists to grant this motion.

Respectfully submitted this 28th day of February 2024.

COWLES & THOMPSON, P.C.

*Casey S. Erick*

Casey S. Erick
Texas Bar No. 24028564
901 Main Street, Suite 3900
Dallas, TX 75202
Tel.: (214) 672-2138
Fax.: (214) 672-2338
Email: cerick@cowlesthompson.com

– and –

BLAKELEY LC
David M. Mannion
New York Bar No. 4472486
California Bar No. 288627
(Admitted *pro hac vice*)
530 Technology Drive, Suite 100
Irvine, CA 92618
Tel.: (949) 260-0611
Fax.: (949) 260-0613
Email: DMannion@BlakeleyLC.com

**ATTORNEYS FOR PLAINTIFF**

**LOCKE LORD LLP**

*/s/ Thomas G. Yoxall*

Thomas G. Yoxall
Texas Bar No. 00785304
tyoxall@lockelord.com
Nicholas S. Graber
Texas Bar No. 24122918
nick.graber@lockelord.com
2200 Ross Avenue, Suite 2800
Dallas, Texas 75201-6776
(214) 740-8000 – Telephone
(214) 740-8800 – Facsimile

**ATTORNEYS FOR DEFENDANT**

2

### <u>CERTIFICATE OF SERVICE</u>

I hereby certify that on February 28, 2024, I electronically filed the above document using the CM/ECF system, which will automatically send email notification of such filing to all attorneys of record.

*/s/ David M. Mannion*
David M. Mannion
